# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVEY, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00399 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION AS MOOT<br><br>(Document 12) |

Plaintiff Stewart Manago ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on March 24, 2016.

On April 18, 2016, the Court granted Plaintiff's motion for reconsideration, reopened this action and directed him to file a First Amended Complaint.

Also on April 18, 2016, the Court received a second motion for reconsideration, with an attached First Amended Complaint. As the Court has already granted reconsideration, the motion is DENIED AS MOOT. The Court will screen Plaintiff's First Amended Complaint in due course to determine whether he may proceed in forma pauperis.

IT IS SO ORDERED.

Dated: __**April 20, 2016**__　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1