STEWART MANAGO, F02564

CSP-SACRAMENTO

P.O. BOX 290066-ZG-181L

REPRESA, CALIFORNIA 95671

IN-PRO-PER

FILED

MAY 1 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,
                    PLAINTIFF,

V.

O. DAVEY, ET.AL
                    DEFENDANTS

CASE NO: 1:16-CV-00399 LJO-DLB-PC

NOTICE OF MOTION, AND MOTION FOR

RECONSIDERATION OF THE COURT'S RULING

DATED: MAY 4, 2016 (DKT NO. 19) WITH

DECLARATION OF STEWART MANAGO

TO: SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE, WITHIN THE ABOVE STATED CAUSE OF ACTION

PLEASE TAKE NOTICE THAT, PLAINTIFF STEWART MANAGO WILL HEREBY MOVE THE COURT FOR AN ORDER TO STAY THIS MOTION, UNTIL THE DEFENDANTS APPEAR IN THIS ACTION, DUE TO DEFENDANTS DAVEY AND MAXFIELD, CONTINUED TO PLACE PLAINTIFF INTO IMMINENT DANGER, IN VIOLATION OF DOM, SECTIONS: 52050.16.4 THROUGH 5205.16.6.

THIS MOTION IS MADE ON THE GROUNDS THAT, (1) ON OR ABOUT MAY 1, 2016, PLAINTIFF CONTACTED THE COURT AND ASKED THE COURT TO PROCEED ON PLAINTIFF'S FIRST AMENDED COMPLAINT FOR RETALIATION AGAINST THE NAMED DEFENDANTS, (2) PLAINTIFF REQUEST THAT, THE COURT STAY PLAINTIFF'S MOTION FOR A "SPECIAL HEARING", UNTIL THE DEFENDANTS, APPEAR IN THIS ACTION, DUE TO THE LIFE THREATENING SITUATIONS, THAT THE DEPARTMENT CONTINUE TO

1.

PLACE PLAINTIFF INTO AT CSP- SACRAMENTE,

THIS MOTION IS BASED ON THIS MOTION, THE ATTACHED MEMORANDUM OF POINTS AND AUTHORITIES, THE PLEADINGS, RECORDS AND COURT FILES, IN THIS ACTION, AND SUCH OTHER MATTERS AS MAY PROPERLY COME BEFORE THIS COURT.

DATED: MAY 9, 2016

RESPECTFULLY SUBMITTED

BY: _____

STEWART MANAGO

IN-PRO PER

## BACK GROUND

AT ALL TIMES RELEVANT MENTIONED ON APRIL 27, 2016, PLAINTIFF FILED A MOTION FOR A SPECIAL HEARING ". PLAINTIFF ALLEGES THAT DEFENDANT DAVEY, TRANSFERRED PLAINTIFF TO CSP- SACRAMENTO -ON APRIL 14, 2016, WHERE PLAINTIFF HAS KNOWN DOCUMENTED ENEMIES,

ON APRIL 20, 2016, CSP-SACRAMENTO-PRISON OFFICIALS, ORDERED PLAINTIFFS PLACEMENT INTO (ASU) PENDING INVESTIGATION INTO THE SAFETY CONCERNS,

ON MAY 1, 2016, PLAINTIFF MAILED A LETTER TO THE COURT, AND ASKED THE COURT TO PROCEED WITH PLAINTIFFS FIRST AMENDED COMPLAINT FOR RETALIATION AGAINST DEFENDANTS DAVEY, SEXTON, VAN OGE POEL, MAXFIELD, VALDEZ, ACEVEDO AND RAZO,

PLAINTIFF NOW ASK THE COURT TO STAY HIS MOTION FOR A "SPECIAL HEARING " UNTIL THE DEFENDANTS APPEAR, DUE TO THE SERIOUSNESS OF DEFENDANTS DAVEY AND MAXFIELD'S ACTIONS ON APRIL 14, 2016, BECAUSE LAST YEAR AT CSP-SACRAMENTO, TWO (2) INMATES, LOST THEIR LIFE, BECAUSE OF THIS TYPE OF UNDERGROUND POLICY,

MEMORANDUM OF POINTS AND AUTHORITIES

PLAINTIFF HAS A RIGHT UNDER THE U.S. CONSTITUTION'S EIGHTH AMENDMENT TO REASONABLE PROTECTION FROM ASSAULTS BY OTHER INMATES, OR STAFF; MANAGO V. WILLIAMS, 2013 U.S. DISTRICT LEXIS 183734; BESS V. CATE, 2010 U.S. DIST. LEXIS 117713; AND COUCH V. WAH, 2010 U.S. DIST. LEXIS 94295

A INMATE NEED NOT WAIT TO BE INJURED BEFORE SEEKING PROTECTION BERG V. KINCHELOE, 794 F. 2D 457, 459 (9TH CIR. 1986); AND TAYLOR V. KNOWLES, 2007 U.S. DIST. LEXIS 58669.

IN THE CASE AT BAR, PLAINTIFF HAS A RIGHT TO BE HEARD, BECAUSE DEFENDANTS DAVEY AND MAXFIELD, HAS CONSPIRED TO IN DANGER PLAINTIFF'S HEALTH AND SAFETY, IN VIOLATION OF 18.U.S.C.S 242, 371, 1001, 1503, AND 1512 (C) (2), BY HAVING PLAINTIFF TRANSFERRED BACK TO A PRISON, WHERE PRISON OFFICIALS CLAIM THAT, "THERE IS A CRIMINAL CONSPIRACY" TO HAVE PLAINTIFF ASSAULTED OR MURDERED. (SEE: DECLARATION OF STEWART MANAGO, DATED: 5/9/2016).

CONCLUSION

FOR THE REASONS STATED ABOVE, THE COURT SHOULD GRANT THIS MOTION FOR RECONSIDERATION, AND STAY THIS MOTION, UNTIL THE DEFENDANTS RESPOND IN THE INTEREST OF JUSTICE.

DATED: 5/9/2016

RESPECTFULLY SUBMITTED
BY:
STEWART MANAGO
IN-PRO-PER

DECLARATION OF STEWART MANAGO

I, STEWART MANAGO, DECLARE AS FOLLOWS:

1. I AM THE PLAINTIFF IN THIS CAUSE OF ACTION, AND ON APRIL 14, 2016, DEFENDANTS DAVEY AND MAXFIELD, WILLFULLY AND UNLAWFULLY PLAYED AN ACT ROLL TO IN DANGER PLAINTIFF HEALTH AND SAFETY, BY TRANSFERRING

PLAINTIFF BACK TO CSP-SACRAMENTO, WHERE PLAINTIFF HAD TWO (2) DOCUMENTED ENEMIES, AND UNDOCUMENTED ENEMIES, (SEE! ATTACHED HERETO OF EXHIBIT "A").

2. PLAINTIFF ON OR ABOUT MAY 1, 2016, ASKED THE COURT TO PROCEED ON THE COGNIZABLE CLAIMS FOR RETALIATION ONLY.

3. PLAINTIFF RESPECTFULLY REQUEST THAT, THE COURT STAY HIS MOTION FOR A "SPECIAL HEARING", UNTIL THE DEFENDANTS RESPOND TO SAID COMPLAINT IN THE INTEREST OF JUSTICE.

I DECLARE THAT, THE INFLAMATION IS TRUE AND CORRECT TO THE BEST OF MY OWN INFORMATION, UNDER PENALTY OF PERJURY.

DATED! 5/9/16

RESPECTFULLY SUBMITTED
BY:
STEWART MANAGO
IN-PRO-PER

4.

# ATTACHMENTS

# EXHIBIT COVER PAGE



## Exhibit

Description of exhibit: *CDCR-1030 CONFIDENTIAL DISCLOSURE FORMS, DATED: MARCH 18, 2007; SEPTEMBER 13, 2009; JULY 16, 2014, AND MARCH 10, 2016; INCLUDING A SW-NOTICE ATTACHMENT, AND NOTICE OF CLASSIFICATION HEARING, DATED: 3/17/16*

Number of pages to this exhibit: *14*

Jurisdiction: (check one only)
- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☑ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>COR-Facility 04B | INMATE'S NAME<br>MANAGO, STEWART | CDC NUMBER<br>E02564 |
|---|---|---|

## REASON(S) FOR PLACEMENT *(PART A)*

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY;    ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
You are currently serving an Administrative SHU Segregation term due to your Security Threat Group (STG-I) validation as an active associate of the Black Guerrilla Family (BGF), per CDCR 128-B2 dated 3/08/10. You are scheduled to appear before ICC for a STG case by case/Special Review. ICC will review your case factors to determine the following: consideration of continued retention based on safety concerns, release from SHU, and/or review for placement in the Step Down Program pursuant to CDCR Joint Stipulation dated 8/31/2015. You will have the opportunity to participate in this hearing and should be prepared to discuss your case factors. Based on your documented safety concerns, you may pose a serious threat to the safety and security of the institution if released to COR IV GP at this time, therefore, you may be retained on Administrative SHU Segregation status pending DRB review. You are a participant in the MHSDS at the CCCMS level of care. TABE: 5.6. EFFECTIVE COMMUNICATION: During case conference, simple English was utilized and information was repeated for clarification in order to achieve effective communication.

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU PLACEMENT<br>03/17/2016 | SEGREGATION AUTHORITY'S PRINTED NAME<br>A. Maxfield | SIGNATURE<br>A. Maxfield | TITLE<br>CCII |
|---|---|---|---|

| DATE NOTICE SERVED<br>3/17/16 | TIME SERVED<br>0824 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE<br>A. MAXFIELD | SIGNATURE | STAFF'S TITLE<br>CCII |
|---|---|---|---|---|

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER<br>E02564 |
|---|---|---|

You were Identified with a disability of: _____
☐ Hearing  ☐ Vision  ☐ Speech  ☐ Learning Disability  ☐ TABE under 4.0 / no TABE  ☐ Developmental Disability  ☐ CCCMS  ☐ EOP

☐ Foreign Language Speaking

Method _____
☐ MANAGO, STEWART reiterated in his own words, what was explained

☐ MANAGO, STEWART provided appropriate, substantive responses to questions asked

☐ MANAGO, STEWART asked appropriate questions regarding the information provided

☐ MANAGO, STEWART did not appear to understand the communication, even though the primary method of communication was used

☐ Other

Assistance Provided
☐ Use of Full Page Magnifier

☐ Read aloud Documents to MANAGO, STEWART

☐ Sign Language Interpreter

☐ Lip Reading (spoke facing the inmate)

☐ Written Notes

☐ Language Interpreter

☐ Simple English spoken slowly and clearly

☐ MANAGO, STEWART was wearing his/her hearing aid(s)

☐ MANAGO, STEWART stated he did not need any assistance for Effective Communication

☐ Gave additional time

☐ Rephrased sentence

☐ Other

Provider

Name:    Title:

---

## ADMINISTRATIVE REVIEW *(PART B)*
**The following to be completed during the administrative review by Captain or higher on the first working day following placement**

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE (IE) | | |
|---|---|---|---|---|---|
| IS THIS INMATE: | | | | | |
| LITERATE? | ☐ YES | ☐ NO | ASU IS FOR DISCIPLINARY REASONS | ☐ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES | ☐ NO | EVIDENCE COLLECTION BY IE IS UNNECESSARY | ☐ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES | ☐ NO | INMATE DECLINED ANY IE | ☐ YES | ☐ NO |
| FREE OF MHSDS NEEDS? | ☐ YES | ☐ NO | DECLINED FIRST IE ASSIGNED | ☐ YES | |
| DECLINED FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | | | |
| Any "NO" requires SA assignment | ☐ NOT ASSIGNED | | Any "NO" may require IE assignment | ☐ NOT ASSIGNED | |
| STAFF ASSISTANT'S NAME | TITLE | | INVESTIGATIVE EMPLOYEE'S NAME | TITLE | |

---

**INMATE WAIVERS**

☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER

☐ NO WITNESSES REQUESTED BY INMATE

| INMATE SIGNATURE | CDC NUMBER<br>E02564 | DATE |
|---|---|---|

| WITNESS REQUESTED FOR ICC HEARING | | | |
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION**

☐ RELEASE TO UNIT/FACILITY_____

☐ RETAIN PENDING ICC REVIEW

☐ DOUBLE CELL

☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | ADMINISTRATIVE REVIEWER'S SIGNATURE | REVIEW DATE | TIME |
|---|---|---|---|---|
| | | | | |

You were identified with a disability of:
☐ Hearing ☐ Vision ☐ Speech ☐ Learning Disability ☐ TABE under 4.0 / no TABE ☐ Developmental Disability ☐ CCCMS ☐ EOP
☐ Foreign Language Speaking
Method
☐ MANAGO, STEWART reiterated in his own words, what was explained

☐ MANAGO, STEWART provided appropriate, substantive responses to questions asked

☐ MANAGO, STEWART asked appropriate questions regarding the information provided

☐ MANAGO, STEWART did not appear to understand the communication, even though the primary method of communication was used

☐ Other

Assistance Provided
☐ Use of Full Page Magnifier

☐ Read aloud Documents to MANAGO, STEWART

☐ Sign Language Interpreter

☐ Lip Reading (spoke facing the inmate)

☐ Written Notes

☐ Language Interpreter

CDCR SOMS ISST180 - CDC NUMBER: E02564 NAME: MANAGO, STEWART          Page 3 of 4

☐ Simple English spoken slowly and clearly

☐ MANAGO, STEWART was wearing his/her hearing aid(s)

☐ MANAGO, STEWART stated he did not need any assistance for Effective Communication

☐ Gave additional time

☐ Rephrased sentence

☐ Other.

Provider

Name:    Title:

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (If necessary - same date of review) | CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|
| | | |

CDCR SOMS ISST180 - Administrative Segregation Unit Placement Notice



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# NOTICE OF CLASSIFICATION HEARING

| INMATE NAME: MANAGO, STEWART | CDC NUMBER: E02564 | DATE: 03/17/2016 | HOUSING: 04BB2LB1 - 028001L |
|---|---|---|---|

YOU WILL APPEAR BEFORE A INSTITUTION CLASSIFICATION COMMITTEE ON (OR AFTER) <u>03/25/2016</u> FOR REVIEW AND CONSIDERATION OF THE FOLLOWING:  Institution Cls. Committee (ICC) - STG-ICC; Annual

**Effective Communication:** ☐ No Disabilities requiring equally effective communication.
☑ You have been identified with a disability/communication issue, and as such a personal interview is being conducted on 03/25/2016 in order to ensure effective communication is achieved.

**You were identified with a disability of:**
☐ Hearing ☐ Vision ☐ Speech ☐ Learning Disability ☐ TABE under 4.0 / no TABE ☐ Developmental Disability
☑ CCCMS ☐ EOP ☐ Foreign Language Speaking
Method
☑ MANAGO, STEWART reiterated in his own words, what was explained
☑ MANAGO, STEWART provided appropriate, substantive responses to questions asked
☑ MANAGO, STEWART asked appropriate questions regarding the information provided
☐ MANAGO, STEWART did not appear to understand the communication, even though the primary method of communication was used
☐ Other

Assistance Provided
☐ Use of Full Page Magnifier
☑ Read aloud Documents to MANAGO, STEWART
☐ Sign Language Interpreter
☐ Lip Reading (spoke facing the inmate)
☐ Written Notes

☐ Language Interpreter
☑ Simple English spoken slowly and clearly
☐ MANAGO, STEWART was wearing his/her hearing aid(s)
☐ MANAGO, STEWART stated he did not need any assistance for Effective Communication
☐ Gave additional time
☐ Rephrased sentence
☐ Other

Provider

Name: F. SINGLETON    Title: CCI

☐ Inmate Waives Right To Appear In Person
☐ Inmate Waives Right To 72 Hour Notification

INMATE SIGNATURE:

**Comments**

A. Maxfield

STAFF
SIGNATURE: _____ CCII

California State Prison,
Corcoran

TITLE

INSTITUTION

CDCR SOMS ICCT154 - Notice Of Classification Hearing

CDCR SOMS ICCT154 - CDC NUMBER: E02564 NAME: MANAGO, STEWART          Page 2 of 2

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

| **CDC NUMBER:** E02564 | **INMATE NAME:** MANAGO, STEWART | **INSTITUTION:** California State Prison, Corcoran |
|---|---|---|

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

    a) ☐ CDC Form 115, Rules Violation Report (log number ____) dated ___ submitted by

       **STAFF NAME**                **TITLE**

    b) ☐ CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated ____.

    c) ☐ Validation Package as a ____ of the ___ Security Threat Group.

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

    a) ☐ This source has previously provided confidential information which proved to be true.

    b) ☐ Other confidential source has independently provided the same information.

    c) ☐ This source participated in and successfully completed a Polygraph examination.

    d) ☐ The information provided by the confidential source is self-incriminating.

    e) ☐ Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

    f) ☐ The confidential source is the victim.

    g) ☑ Other (Explain)

Information provided does not meet criteria for reliability as no additional information had been obtained to corroborate CI's statement to be factual.

3) Disclosure of information received.

The information received indicated the following:

In March 2009, a confidential informant indicated the Crips are aware of Manago's past involvement as an informant and prior SNY status and Manago is not in good standings with the Crips and if given the opportunity, the Crip members would kill Manago (information provided does not meet criteria for reliability as no additional information had been obtained to corroborate CI's statement to be factual).

4) Type and current location of documentation, (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file).

Confidential CDCR 128B dated 3/18/09, authored by Correctional Lieutenant A. Konrad, located in the Confidential Section in Manago's Electronic Records Management System (ERMS) file.

A. Maxfield

CCII                     03/17/2016

**STAFF SIGNATURE**                              **TITLE**          **DATE DISCLOSED**

CDCR SOMS ICCT170 - Confidential Information Disclosure Form

**CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation**

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

| | | |
|---|---|---|
| **CDC NUMBER:** E02564 | **INMATE NAME:** MANAGO, STEWART | **INSTITUTION:** California State Prison, Corcoran |

1) Use of Confidential Information.

   Information received from a confidential source(s) has been considered in the:

   a) ☐  CDC Form 115, Rules Violation Report (log number ___) dated ___ submitted by

   _____                                              ___.

   **STAFF NAME**                                      **TITLE**

   b) ☐  CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated ___.

   c) ☐  Validation Package as a ___ of the ___ Security Threat Group.

2) Reliability of Source.

   The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

   This information is considered reliable because:

   a) ☐  This source has previously provided confidential information which proved to be true.

   b) ☐  Other confidential source has independently provided the same information.

   c) ☐  This source participated in and successfully completed a Polygraph examination.

   d) ☐  The information provided by the confidential source is self-incriminating.

   e) ☑  Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

   f) ☐  The confidential source is the victim.

   g) ☐  Other (Explain)

   _____

3) Disclosure of information received.

   The information received indicated the following:

   In September 2009, at SAC, a Confidential Informant indicates Manago was assaulted because things "weren't adding up" and Manago had to "go" and the Crips had found out Manago had been jumped on C yard. (CI is referring to assault on 2/19/09, on SAC Facility C) (CM does not identify CI's STG affiliation. Information deemed reliable as information provided was corroborated with investigation and review of S's file).

4) Type and current location of documentation, (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file).

   Confidential Memorandum dated 9/13/09, authored by Correctional Officer R. Masterson, located in the Confidential Section in Manago's Electronic Records Management System (ERMS) file.

A. Maxfield

|                      |  | CCII |   03/17/2016 |
| --- | --- | --- | --- |
| **STAFF SIGNATURE**  |  | **TITLE** | **DATE DISCLOSED** |

CDCR SOMS ICCT170 - Confidential Information Disclosure Form

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

| | | |
|---|---|---|
| **CDC NUMBER:** E02564 | **INMATE NAME:** MANAGO, STEWART | **INSTITUTION:** California State Prison, Corcoran |

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

a) ☐  CDC Form 115, Rules Violation Report (log number ____) dated ___ submitted by

_____                                                                 _____

**STAFF NAME**                                                    **TITLE**

b) ☐  CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated ____.

c) ☐  Validation Package as a ____ of the ___ Security Threat Group.

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

a) ☑  This source has previously provided confidential information which proved to be true.

b) ☐  Other confidential source has independently provided the same information.

c) ☐  This source participated in and successfully completed a Polygraph examination.

d) ☐  The information provided by the confidential source is self-incriminating.

e) ☑  Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

f) ☐  The confidential source is the victim.

g) ☐  Other (Explain)

3) Disclosure of information received.

The information received indicated the following:

In June 2014, a confidential informant gave a note to staff indicating 2 validated BGF associates were planning to assault Manago due to Manago snitching while housed at SAC and SVSP and that he was jumped at FSP B yard. (CI received this information by overhearing inmates talking and viewing hand gestures) (information is deemed reliable as CI has provided information in the past to be true and is corroborated through investigation.)

4) Type and current location of documentation, (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file).

Confidential Memorandum dated 7/16/14, authored by Correctional Sergeant J. Amaya, located in the Confidential section of Manago's Electronic Records Management System (ERMS) file.

A. Maxfield

| | CCII | : 03/17/2016 |

**STAFF SIGNATURE**                    **TITLE**        **DATE DISCLOSED**

CDCR SOMS ICCT170 - Confidential Information Disclosure Form

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CONFIDENTIAL INFORMATION DISCLOSURE FORM

**CDC NUMBER:** E02564          **INMATE NAME:** MANAGO, STEWART          **INSTITUTION:** California State Prison, Corcoran

1) Use of Confidential Information.

Information received from a confidential source(s) has been considered in the:

   a) ☐ CDC Form 115, Rules Violation Report (log number ___) dated ___ submitted by

   ___                                              ___.
   **STAFF NAME**                                   **TITLE**

   b) ☐ CDC Form 114-D, Order and Hearing for Placement in Segregated Housing dated ___.

   c) ☐ Validation Package as a ___ of the ___ Security Threat Group.

2) Reliability of Source.

The identity of the source(s) cannot be disclosed without endangering the source(s) or the security of the institution.

This information is considered reliable because:

   a) ☐ This source has previously provided confidential information which proved to be true.

   b) ☐ Other confidential source has independently provided the same information.

   c) ☐ This source participated in and successfully completed a Polygraph examination.

   d) ☐ The information provided by the confidential source is self-incriminating.

   e) ☐ Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

   f) ☐ The confidential source is the victim.

   g) ☑ Other (Explain)

   Part of the information is corroborated through investigation.

3) Disclosure of information received.

The information received indicated the following:

Confidential Memorandum dated March 10, 2016, authored by Correctional Officer S. Slimp indicates the COR STG Investigations Unit has not recieved updated information regarding MANAGO's safety concerns with the BGF STG-I and STG-II Crips. Although the COR STG Investigations Unit can substantiate the validity of MANAGO's safety concerns and being targeted for assault/murder by the BGF STG-I and SGT-II Crips per Confidential Memorandum(s) dated March 18, 2009, September 13, 2009, and July 16, 2014.

4) Type and current location of documentation, (i.e., CDC Form 128B of 5/15/2010 in the confidential section of the central file).

Confidential Memorandum dated March 10, 2016, authored by STG Investigations Unit Officer S. Slimp is located in the Confidential Section of MANAGO's ERMS file.

S. Slimp                                                ☺

CDCR SOMS ICCT170 - CDC NUMBER: E02564 NAME: MANAGO, STEWART          Page 1 of 2

Correctional Officer          03/15/2016

**STAFF SIGNATURE**                    **TITLE**        **DATE DISCLOSED**

CDCR SOMS ICCT170 - Confidential Information Disclosure Form

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY
(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _STEWART MUNGO, E02564_ , declare:

I am 18 years of age and a party to this action. I am a resident of _CSP-SACRAMENTO_

_____ Prison,

In the county of _SACRAMENTO_ ,

State of California. My Prison address is: _P.O. Box 290066_ ,

_____ ,

On _MAY 9, 2016_ ,
(Date)

I served the attached: _NOTICE OF MOTION, ALSO MOTION FOR RECONSIDERATION_ ,
_OF COURT'S RULING DATED; MAY 4, 2016 COURT NO. 15) WITH DECLARATION OF_

_STEWART MUNGO_ (DESCRIBE DOCUMENT)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
2500 TULARE STREET, ROOM-1501
FRESNO, CALIFORNIA 93721-2201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _5/9/2016_
(DATE)                              (DECLARANT'S SIGNATURE)

Civ-69(REV 9/97)