# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVEY, et al.,<br><br>  Defendants. | Case No. 1:16-cv-00399 LJO DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF DOCUMENT NUMBER 10<br><br>(Document 27) |

    Plaintiff Stewart Manago ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on March 24, 2016.

    On May 20, 2016, Plaintiff filed a motion seeking an order directing the Clerk of Court to send him a copy of the Court's April 18, 2016, order granting his motion for reconsideration and reopening this action. The April 18, 2016, order was returned to the Court on May 9, 2016, as undeliverable.

    Plaintiff filed a notice of change of address on the same day that the April 18, 2016, order was served, but it was docketed after the order was mailed to Plaintiff's old address.

///

///

///

///

1 | Plaintiff's motion is therefore GRANTED. The Clerk of Court is DIRECTED to reserve the April 18, 2016, order (Document 10) on Plaintiff at his new address.

IT IS SO ORDERED.

Dated: **May 20, 2016**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE