# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVEY, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00399 LJO DLB PC<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR ADDITIONAL TIME<br><br>(Document 28) |

　　　　Plaintiff Stewart Manago ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis,[1] filed this civil rights action on March 24, 2016.  He filed a First Amended Complaint on April 18, 2016.

　　　　On May 11, 2016, the Court issued Findings and Recommendations regarding Plaintiff's request for a temporary restraining order.

　　　　On May 20, 2016, Plaintiff requested that the Court extend his time for objections until after Defendants have responded to the First Amended Complaint.  At this point, an order for Plaintiff to return service documents has not issued, and an appearance from Defendants is likely months away.

///

///

///

---

[1] Plaintiff is subject to 28 U.S.C. § 1915(g), but the Court determined that the allegations in his complaint met the imminent danger exception and permitted him to proceed in forma pauperis.

1

The Court will therefore not permit an extension until Defendants appear and respond. Contrary to Plaintiff's belief, their appearance will not materially alter the Court's ruling on his request.[2]

To ensure that Plaintiff has an opportunity to file objections, the Court will GRANT him twenty-one (21) days from the date of service of this order within which to file objections.

IT IS SO ORDERED.

Dated: **May 23, 2016**              /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff is correct that the Court incorrectly stated that he sought to prevent a transfer. The error, however, does not alter the conclusion of the Findings and Recommendations.