UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART MANAGO,<br><br>            Plaintiff,<br><br>     vs.<br><br>DAVEY, et al.,<br><br>            Defendants. | 1:16-cv-00399-LJO-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS<br>(ECF No. 59.)<br><br>DEADLINE:  **<u>December 19, 2016</u>** |

Stewart Manago ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on March 24, 2016.  (ECF No. 1.)   This case now proceeds with the First Amended Complaint filed on April 18, 2016, against defendants J. Acevedo, D. Davey, A. Maxfield, E. Razo, M.V. Sexton, A. Valdez, and J. Vanderpoel (collectively, "Defendants"), on Plaintiff's First Amendment retaliation claims.  (ECF No. 22.)   This case is now in the discovery phase.

On November 14, 2016, Defendants filed a request for an extension of time to serve discovery responses.  (ECF No. 59.)  Defense counsel declares that the discovery requests by Plaintiff in this case are voluminous, seek information dating back to 1989, and require speaking with each of the seven Defendants, as well as conducting an in-depth review of

Plaintiff's lengthy C-File.  (De La Torre-Fennell Decl., ECF No. 59 ¶6.)  Defense counsel is also examining documents to determine whether any of them are privileged and, if so, prepare a privilege log and necessary supporting declarations.  (Id.)

Based on the foregoing, the Court finds that Defendants have been diligent in responding to discovery, and their request for extension of time shall be granted.

Therefore, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request for extension of time, filed on November 14, 2016, is GRANTED; and
2. On or before December 19, 2016, Defendants shall provide responses to Plaintiff's first set of request for production of documents.

IT IS SO ORDERED.

Dated:   **November 16, 2016**                          **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE