# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | 1:16-cv-0399-LJO-GSA-PC |
| Plaintiff, | |
| vs. | |
| D. DAVEY, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Stewart Manago, Booking # 1712370145, a necessary and material witness in a settlement conference in this case on November 6, 2018, is confined in High Desert Detention Center, in the custody of the Captain. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Stanley A. Boone, by video conference from his place of confinement, to the U. S. District Court, Courtroom #9, 2500 Tulare Street, Fresno, California 93721, on Tuesday, November 6, 2018 at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Captain to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Captain, High Desert Detention Center, 9438 Commerce Way, Adelanto, California 92301:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Boone at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 13, 2018**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE