<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                         EASTERN DISTRICT OF CALIFORNIA
10
11  STEWART MANAGO,                      )  Case No.: 1:16-cv-00399-LJO-GSA (PC)
                                         )
12              Plaintiff,               )
                                         )  ORDER REGARDING SETTLEMENT
13       v.                              )  CONFERENCE SCHEDULED FOR
                                         )  NOVEMBER 6, 2018
14  D. DAVEY, et al.,                    )
                                         )
15              Defendants.              )
                                         )
16                                       )
                                         )
17  _____ )
</pre>

Plaintiff Stewart Manago is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference via video before the undersigned on November 6, 2018, at 10:30 a.m.

The Court received and reviewed the parties' confidential settlement statements. The Court is aware that Plaintiff has been transferred from the California Department of Corrections and Rehabilitation to the San Bernardino County Jail pending criminal charges. The Court was advised that due to Plaintiff's transfer he no longer has the ability to appear via videoconference. Further, based on a review of Defendants' settlement statement, the Court could not determine whether a settlement conference via telephone would be beneficial given the circumstances. Therefore, on October 31, 2018, the Court had a telephone conversation with defense counsel Annakarina De La

1

Torre-Fennel and Michelle Angus who indicated that they would inquire as to the availability of videoconference at the San Bernardino County Jail and advise the Court whether it is feasible. Depending on the information provided by defense counsel, the Court will then determine whether to keep the settlement conference on calendar as scheduled, to continue the settlement conference, or to utilize some other alternative.

Accordingly, it is HEREBY ORDERED that on or before **November 4, 2018**, defense counsel shall contact Courtroom Deputy Mamie Hernandez as to the availability of videoconference or some other alternative for the settlement conference to remain on calendar for November 6, 2018, at 10:30 a.m.

IT IS SO ORDERED.

Dated: **October 31, 2018**

UNITED STATES MAGISTRATE JUDGE