UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. DAVEY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00399-LJO-GSA (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE SET FOR NOVEMBER 6, 2018, AT 10:30 A.M. |

Plaintiff Stewart Manago is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference via video on November 6, 2018, at 10:30 a.m. before the undersigned.

On October 31, 2018, the Court issued an order indicating that due to Plaintiff's recent transfer he no longer has the ability to appear via videoconference. The Court directed defense counsel to determine whether to keep the settlement conference on calendar as scheduled, to continue the settlement conference, or to utilize some other alternative.

The Court has been advised that no video conference is available at any of the San Bernardino County jail facilities and there are no other reasonable alternatives to accommodate the settlement conference on November 6, 2018.

Accordingly, it is HEREBY ORDERED that the settlement conference set for November 6, 2018, at 10:30 a.m. before the undersigned is VACATED. Defense counsel shall advise the Court if and when a settlement conference may be re-scheduled in this case.

IT IS SO ORDERED.

Dated: __**November 2, 2018**__

UNITED STATES MAGISTRATE JUDGE