UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | 1:16-cv-00399-NONE-GSA-PC |
| Plaintiff, | **ORDER FOR PLAINTIFF AND DEFENDANTS TO FILE STATUS REPORTS WITHIN THIRTY DAYS** |
| vs. | |
| D. DAVEY, et al., | |
| Defendants. | |

Stewart Manago ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed on March 24, 2016, pursuant to 42 U.S.C. § 1983.  This case now proceeds with the First Amended Complaint filed by Plaintiff on April 18, 2016, against defendants J. Acevedo, D. Davey, A. Maxfield, E. Razo, M.V. Sexton, A. Valdez, and J. Vanderpoel (collectively, "Defendants"), on Plaintiff's First Amendment retaliation claims. (ECF No. 13.)

On October 19, 2018, Plaintiff notified the court that he had been transferred to West Valley Detention Center in Rancho Cucamonga, California, for state court criminal matters. (ECF No. 124.)  On January 28, 2019, the court issued an order staying the deadlines in this case pending the resolution of Plaintiff's state court criminal proceedings.  Defendants were ordered to advise the court if and when a settlement conference may be re-scheduled in this case, and

Plaintiff was ordered to inform the court in writing when his state court criminal matters have been resolved, and when he has been returned to the custody of the California Department of Corrections and Rehabilitation.

    The parties have not notified the court of the status of this case since the order was issued on January 28, 2019.  Therefore, within thirty days of the date of service of this order, Plaintiff and Defendants shall each file a separate status report informing the court of the status of this case, including Plaintiff's present location and the status of Plaintiff's state court criminal proceedings.

    Accordingly,  IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff and Defendants shall each file a status report informing the Court of Plaintiff's present location, the status of Plaintiff's state court criminal matters, and the parties' understandings of the status of this case.

IT IS SO ORDERED.

    Dated:   **January 22, 2021**                               **/s/ Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE