# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO,<br><br>    Plaintiff,<br><br>v.<br><br>D. DAVEY, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00399-NONE-GSA (PC)<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES; DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS; AND DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF Nos. 141, 142) |

    Plaintiff Stewart Manago is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court conducted a settlement conference via videoconference in this action before the undersigned on July 22, 2021, at which the parties reached a settlement agreement. Therefore the Court shall vacate all dates, order the parties to file dispositive documents, and discharge the writ of habeas corpus ad testificandum.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. Inmate Stewart Manago, CDCR #BN-4545, is no longer needed by the Court to appear in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED;

2. All pending matters and dates in this action are VACATED; and

3. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **July 22, 2021**

UNITED STATES MAGISTRATE JUDGE